**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306-9264
www.iasb.uscourts.gov

In the Matter of:                                         Case No: 99-04498
ACCESSAIR, INC.

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes <u>United Wireless Holdings LLC successor to SkyTel Communications, 70 Wood Avenue South, Iselin, NJ 08830,(732) 602-5144</u>

represented by by <u>American Property Locators, Inc.</u>, hereby requests that the court enter an Order for Payment of Unclaimed Funds, and in support of the motion, states:

A check in the amount of 4,150.14 belonging to United Wireless Holdings LLC successor to SkyTel Communications was tendered to the Clerk of Bankruptcy Court by the case trustee as unclaimed funds.

The amount stated is being held in the Treasury of the United States as unclaimed funds.

Movant is entitled to receive the requested funds based upon (check all that apply):

☐ Movant is the owner of said funds being the owner appearing on the records of this Court.

☐ Movant is the assignee of the owner of the claim to said funds, as evidenced in the attached Affidavit or Assignment or Right.

☐ Movant is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents.

☐ Movant is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents.

☒ Movant is named in a LIMITED POWER OF ATTORNEY by (grantor)United Wireless Holdings LLC successor to SkyTel Communications, as evidenced in the attached Power of Attorney document that empowers the movant to collect the unclaimed funds described above on behalf of the grantor:

☐ As the owner of the claim.
☐ As the owner's attorney at law, with authorization to receive said funds.
☐ As the assignee of the owner's claim to said funds.
☒ As the owner's successor in interest.
☐ As the personal representative of the owners estate.

The following documents are submitted, as proof of the movant's identity and status as the owner of claim of entitlement:

☒ Power of Attorney
☐ Formal Assignment
☐ Letter of Appointment
☐ Court Order
☐ Other (describe)_____

**WHEREFORE**, movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to United Wireless Holdings LLC successor to SkyTel Communications, at the following address <u>c/o Nancy McMillan, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013</u> in accordance with the documents submitted in support of this motion.

The movant declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The movant understands that they may be subject to a fine or imprisonment, or both, if they have knowingly and fraudulently made any false statements in this document.

Date: 9/4/09    Signature: *Nancy C. McMillan*

Name    <u>Nancy C. McMillan</u>

Title    <u>Finder, APL, Inc.</u>

Address    <u>3855 S. Boulevard, Suite 200</u>
            <u>Edmond, OK 73013</u>

SUBSCRIBED AND SWORN before me this 4th day of September, 2009.

Signature: _____
NOTARY PUBLIC in and for the State of Oklahoma, Residing in Tulsa County.

My commission expires: 5/4/2011

[OFFICIAL SEAL - J. S. JOHNSON, NOTARY PUBLIC - OKLAHOMA, TULSA CNTY. NO. 07004390, My Comm. Expires May 4, 2011]

J:\Web\Forms\PDF Files\Mo Unclaimed Funds.pdf

# CERTIFICATE OF SERVICE

I, <u>Nancy C. McMillan</u>, certify that the Motion for Payment of Unclaimed Funds was either electronically served or served via the U.S. Post Office on the <u>4th</u> day of <u>September</u>, 20<u>09</u>, upon the following parties:

*(List name and address of all parties served. Service must include the following:*
*U.S. Attorney for the Southern District Of Iowa*
*U.S. Trustee for the Southern District of Iowa Panel Trustee Debtor Debtor's Attorney Any other party to this motion)*

Office of the United States Attorney
Attn: Civil Process Clerk
110 E. Court Ave., Ste. 286
Des Moines, IA 50309

Office of the United States Trustee
Federal Building
210 Walnut, Room 793
Des Moines, IA 50309

Anita L. Shodeen
321 E. Walnut St
Suite 200
Des Moines, IA 50309

ACCESSAIR, INC.
2870 Army Post Road
Des Moines, IA 50321

Dennis M. Ryan
Faegre & Benson LLP
90 South Seventh Street
Minneapolis, MN 55402-3901

Michael J. Pankow
370 17th Street
Suite 2500
Denver, CO 80202-4004

Signature  *Nancy C. McMillan*
Name       <u>Nancy C. McMillan</u>

Address   <u>APL, Inc., 3855 S. Boulevard,</u>

          <u>Suite 200, Edmond, OK 73013</u>

Telephone <u>405-340-4900</u>

## LIMITED POWER OF ATTORNEY

United Wireless Holdings LLC successor to SkyTel Communications, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Nancy C. McMillan of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the ACCESSAIR, INC. bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 26 day of August, 2009.

**PRINCIPAL:**
United Wireless Holdings LLC successor to
SkyTel Communications
(Tax ID # __26-0328635__)

**PRINCIPAL'S ADDRESS:**
70 Wood Avenue South
Iselin, NJ 08830

By: Andrew Fitton
Title: President / Executive Chairman

ACKNOWLEDGMENT

STATE OF New Jersey )
COUNTY OF Middlesex )

Before me, the undersigned a Notary Public, in and for said County and State on this 26 day of August, 2009 personally appeared Andrew Fitton to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its President/EC and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
July 20, 2011
# 22-770307

Notary: Michele Girard

MICHELE A. GIRARD
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 20, 2011

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306-9264
www.iasb.uscourts.gov

In the Matter of:              Case No. 99-04498
ACCRSSAIR, INC.

## IDENTIFICATION FORM FOR UNCLAIMED FUNDS

### *CORPORATE/BUSINESS*

I, __Nancy C. McMillan__, hereby state that I am the __Agent__, of __United Wireless Holdings, Inc.__
(Title)                                              (Business Name)

and I am authorized to request payment of the unclaimed funds referenced in the attached Motion. I am enclosing the attached document(s), including but not limited to corporate documents (if applicable) showing proof of ownership of funds through amendment (such as a name change), assignment, assumption, merger, and/or dissolution, and proper authority to act on behalf of the corporation (if applicable), that substantiate(s) my authorization.

Signature: _Nancy C. McMillan_
Name: __Nancy C. McMillan__
Address: __3855 S. Boulevard, Ste. 200__
__Edmond, OK 73013__
Telephone: __(800) 730-4343 Ext. 20__


(SEAL)

**ATTACH A PHOTOCOPY OF A BUSINESS CARD**

J:\Web\Forms\PDF Files\ID Corp Unclaimed Funds.pdf 5/27/09

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306-9264
www.iasb.uscourts.gov

In the Matter of:                                                    Case No: 99-04498
ACCESSAIR, INC.

### IDENTIFICATION FORM FOR UNCLAIMED FUNDS
### *CORPORATE/BUSINESS*

I, <u>Andrew C. Fitton</u>                          , hereby state that I am the
<u>Executive Chairman</u>, of <u>United Wireless Holdings, Inc.</u>
    (Title)                              (Business Name)
and I am authorized to request payment of the above dividend.

(CORPORATE SEAL)

Signature: _____
Name: <u>Andrew C. Fitton</u>
Address: 70 Wood Avenue South
Iselin, NJ  08830
Telephone: (732) 602-5144



**Andrew C Fitton**
Executive Chairman

tel:   +1 (732) 602 5144 (US office)
tel:   +44 (1672) 521 300 (UK office)
mob:  +44 (7795) 40 40 60
email: andrew.fitton@unitedwirelessholdings.com

70 Wood Avenue South, Iselin, New Jersey 08830



**Nancy C. McMillan**

**American Property Locators, Inc.**

3855 South Boulevard
Suite 200
Edmond, OK 73013

Office: (405) 340-4900 • Toll Free: (800) 730-4343 • Fax (405) 340-5968
nmcmillan@apl-inc.com



Print | Close this window

# Velocita Wireless Closes Agreement to Purchase SkyTel from Bell Industries

Mon Jun 16, 2008 11:00am EDT

WOODBRIDGE, N.J., June 16 /PRNewswire/ -- Velocita Wireless, LLC, a wholly-owned subsidiary of United Wireless Holdings, Inc. and a leading supplier of wireless network data services for machine-to-machine (M2M) solutions, announced today the close of its agreement with Bell Industries to purchase SkyTel. The acquisition boosts United Wireless Holdings' annual revenues to over $100 million and the combination of assets, revenues and organizations will confirm Velocita's position as a leader in the industry.

"These two pioneering wireless data companies are a natural fit," said Mark Hull, CEO of Velocita Wireless. "This acquisition clearly benefits all of our customers as together we are an even stronger company with a long-term commitment to messaging, data and the M2M market."

About Velocita Wireless, LLC

With it's headquarters in Woodbridge, NJ, Velocita Wireless is a national wireless network operator focused on the M2M market. It is a subsidiary of United Wireless Holdings, Inc., which purchased the company from Sprint Nextel in June 2007. The company offers wireless data M2M products including automatic vehicle location (AVL), telematics, point-of-sale, security and energy solutions to enterprise and government customers. Its network operates in 50 states covering 93 percent of all U.S. businesses and 220 million people.

For more information, go to: www.velocitawireless.com.

About SkyTel

SkyTel provides nationwide wireless data and messaging services, including wireless telemetry and traditional text and numeric paging. Founded in 1988, SkyTel provides services and support to its customers, who are primarily in the business and government sectors.

For more information, go to: www.SkyTel.com.

About United Wireless Holdings, Inc.

United Wireless is a leading provider of narrow band machine-to-machine (M2M) and telemetry solutions. In addition to its Velocita Wireless operations, it provides wireless network infrastructure technology through its Mobitex Technology subsidiary (based in Gothenburg, Sweden). It also has operations in China and Australia and has network customers across five continents.

SOURCE  Velocita Wireless, LLC

Mark Hull, CEO, Velocita Wireless, LLC, +1-732-602-5300

© Thomson Reuters 2008. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.