# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
P.O. Box 2964
Des Moines, IA 50306-9264
www.iasb.uscourts.gov

| In the matter of: | |
|---|---|
| Accessair, Inc. | Bankruptcy Case No. 99-04498 CH |
| Debtor(s) | |

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now Comes:

    American Airlines, Inc
    4333 Amon Carter Blvd
    Fort Worth, TX 76155-2605
    817-931-4832
    13-1502798

represented by Dilks & Knopik, LLC, hereby requests that the court enter an Order for Payment of Unclaimed Funds, and in support of the motion, states:

A check in the amount of $9,369.26 belonging to Trans World Airlines Inc. was tendered to the Clerk of Bankruptcy Court by the case trustee as unclaimed funds. The amount stated is being held in the Treasury of the United States as unclaimed funds.

Movant is entitle to receive the requested funds based upon (check all that apply):

☐ Movant is the owner of said funds being the owner appearing on the records of this court.

☐ Movant is the assignee of the owner of the claim to said funds, as evidenced in the attached Affidavit or Assignment or Right.

☐ Movant is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents.

☐ Movant is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents.

**X** Movant is named in a LIMITED POWER OF ATTORNEY by (grantor) American Airlines, Inc as evidenced in the attached Power of Attorney documents that empowers the Movant to collect the unclaimed funds described above on behalf of the grantor:

- ☐ As the owner of the claim
- X As the owner's attorney in fact, with authorization to receive said funds
- ☐ As the assignee of the owner's claim to said funds.
- ☐ As the owner's successor in interest.
- ☐ As the personal representative of the owners estate.

The Following documents are submitted, as proof of the movant's identity and status as the owner of claim of entitlement:

- X Power of Attorney
- ☐ Formal Assignment
- ☐ Letter of Appointment
- ☐ Court Order
- X Other (describe)
    - Corporate Authorization (in lieu of Corporate Identification Form)
    - Photo identification of Rae Anne Beasley
    - Proof of Address of Court record
    - Exhibit A: evidence that Trans World Airlines, Inc. was acquired by American Airlines, Inc.

**Wherefore**, Movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to <u>American Airlines, Inc</u>, at the following address <u>c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027</u> in accordance with the documents submitted in support of this motion.

The Movant declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The Movant understands that they may be subject to a fine or imprisonment, or both, if they have knowingly and fraudulently made any false statement in this documents.

Date: September 10, 2009

Signature: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

SUBSCRIBED AND SWORN before me this ___10___ day of __September__, 20_09_

Signature: _____
NOTARY PUBLIC in and for the State of
Washington, Residing in King County.
My commission expires: <u>July 29, 2010</u>

J:\WEB\motions\Mo Unclaimed Funds.doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In the matter of:<br><br>Accessair, Inc.<br><br>Debtor(s) | Bankruptcy Case No. 99-04498 CH |
|---|---|

CERTIFICATE OF SERVICE

I, Brian J. Dilks, certify that the Motion for Payment of Unclaimed Funds was either electronically served or served via the U.S. Post Office on September 10, 2009, upon the following parties:

U.S. Attorney for the Southern District of Iowa
110 East Court, Suite 286
Des Moines, IA 50309

U.S. Trustee for the Southern District of Iowa
Room 793 Federal Bldg
210 Walnut St.
Des Moines, IA 50309

Anita L. Shodeen
Case Trustee
321 E. Walnut St, Suite 200
Des Moines, IA 50309

Accessair, Inc.
Debtor
2870 Army Post Road
Des Moines, IA 50321

Dennis M. Ryan
Debtors Attorney    and
90 South 7th Street
Minneapolis, MN 55402-3901

Michael J. Pankow
Debtor's Attorney
370 17th Street, Suite 2500
Denver, CO 80202-4004

Signature _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425) 836-5728

J:\WEB\motions\Mo Unclaimed Funds.doc

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
PO Box 9264
Des Moines, IA 50306-9264
www.iasb.uscourts.gov

In the Matter of: Accessair, Inc.                           Case No. 99-04498 CH

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. American Airlines, Inc, ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$9,369.26** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____RA Beasley_____                              _____Sept 3_____, 20 09
Rae Anne Beasley - Manager, Cash Accounting               Date
American Airlines, Inc
4333 Amon Carter Blvd
Fort Worth, TX 76155-2605                                 Tax Identification Number: 13-1502798
817-931-4832

---

AmericanAirlines
AA.com

**Rae Anne Beasley**
Manager, Cash Accounting

P. O. Box 619616
MD 5506
DFW Airport, Texas  75261-9616

Phone: 817 931 4832   Fax: 817 931 3815

Rae.Anne.Beasley@aa.com

---

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

[SEAL]

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE.*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for **American Airlines, Inc** is presently unavailable to the undersigned
BY: _____
       Signature and title

---

### ACKNOWLEDGMENT

STATE OF _Texas_ )
COUNTY OF _Tarrant_ )

Acknowledged before me on this _3rd_ day of _September_, by _RA Beasley_ who says that he/she is the person named above and is authorized to execute this power of attorney.
WITNESS my hand and official seal.

NOTARY PUBLIC _Ross Crawford III_

My Commission expires _____

[Notary Seal: ROSS CRAWFORD, III, Notary Public, State of Texas, Comm. Exp. 02-07-11]

**AmericanAirlines**

## CORPORATE AUTHORIZATION

I, __Brian J. McMenamy__, the duly-elected __VP & Controller__ of AMERICAN AIRLINES, INC. (hereinafter referred to as "the Company"), Federal Employer Identification Number __1-131502798__, hereby certify that I am the official custodian of the Company's books and records; I hereby further certify that the following persons, in their capacity as employees responsible for financial matters, are authorized to carry out the business managed by the Company and are duly authorized to recover funds on behalf of the Company. I certify that as of this date, __February 27__, 2009, they hold the offices so named:

Name:  __James Burnett__            Title:  __Managing Director, Corporate Accounting__

Name:  __Rae Anne Beasley__         Title:  __Manager, Cash Accounting__

(Corporate Seal)



_____
Signature

Brian J. McMenamy
Printed Name

__VP & Controller__
Title

Subscribed and sworn before me this __27th__ day of __February__, 2009, by the above-named person as described whose identity and office is well-known and proven by me.

_____         __October 23, 2012__
Notary                                                     My Commission Expires

(Seal)  

JUDITH C. BEHLAU
MY COMMISSION EXPIRES
October 23, 2012

PO BOX 619616, MD 5506, DALLAS/FORT WORTH AIRPORT, TX 75261-9616



**Rae Anne Beasley**
Manager, Cash Accounting

P. O. Box 619616
MD 5506
DFW Airport, Texas 75261-9616

Phone: 817 931 4832  Fax: 817 931 3815

Rae.Anne.Beasley@aa.com



# DILKS & KNOPIK, LLC

"When Success Matters"

October 16, 2009

United State Bankruptcy Court
Southern District of Iowa
Attn: Bill Freiburger, Fin. Admin.
U.S. Courthouse Annex
110 East Court, Room 300
Des Moines, IA 50309

RE: Application for the Release of Unclaimed Funds

Dear Mr. Freiburger:

Pursuant to our phone call, I have enclosed a revised Identification Form for Unclaimed Funds for American Airlines as well as a Certificate of Service. This is regarding the unclaimed monies due and owing to Trans World Airlines Inc. for the amount of $9,369.26. This is from the Bankruptcy of Accessair, Inc. and Case No. 99-04498 CH.

Thank you for your attention to this matter.

Sincerely,

Caryn Knopik
Managing Member

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone  (425) 836-5728
Fax    (425) 650-9930
Email  admin@dilksknopik.com

www.dilksknopik.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
PO Box 9264
Des Moines, IA 50306-9264
www.iasb.uscourts.gov

IN the matter of:  )
                   )
Accessair, Inc.    )     CASE NO. 99-04498 CH
                   )
____DEBTOR(S)____  )

## IDENTIFICATION FORM FOR UNCLAIMED FUNDS
### *CORPORATE/BUSINESS*

I, **Rae Anne Beasley**, hereby state that I am the **Manager, Cash Accounting of American Airlines, Inc**, and I am authorized to request payment of the unclaimed funds referenced in the attached Motion. I am enclosing the attached document(s), including but not limited to corporate documents (if applicable) showing proof of ownership of funds through amendment (such as a name change), assignment, assumption, merger, and/or dissolution, and proper authority to act on behalf of the corporation (if applicable), that substantiates(s) my authorization.

(affix Corporate Seal)      Signature: _RABeasley_
                             Rae Anne Beasley
                             American Airlines, Inc
                             4333 Amon Carter Blvd
                             Fort Worth, TX  76155-2605
                             817-931-4832



**AmericanAirlines**
*AA.com*

Rae Anne Beasley
Manager, Cash Accounting

P. O. Box 619616
MD 5506
DFW Airport, Texas  75261-9616

Phone: 817 931 4832   Fax: 817 931 3815

Rae.Anne.Beasley@aa.com

**NESS CARD**

J:\Web\Forms\PDF Files\ID Corp Unclaimed Funds.pdf 5/27/09

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, certify that the Identification Form for Unclaimed Funds Corporate/Business was served via the U.S. Post Office on <u>October 16, 2009</u>, upon the following parties:

U.S. Attorney for the Southern District of Iowa
110 East Court, Suite 286
Room 286 US Courthouse Annex
Des Moines, IA 50309

U.S. Trustee for the Southern District of Iowa
Room 793 Federal Bldg
210 Walnut St.
Des Moines, IA 50309

Anita L. Shodeen
Case Trustee
321 E. Walnut St, Suite 200
Des Moines, IA 50309

Accessair, Inc.
Debtor
2870 Army Post Road
Des Moines, IA 50321

Debtors Attorneys:
Dennis M. Ryan
Faegre & Benson, LLP
90 South Seventh Street
Minneapolis, MN 55402-3901

Michael J. Pankow
370 17th Street, Suite 2500
Denver, CO 80202-4004

Signature _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425) 836-5728

CRAR
MAY/5/1999
6170010001

**REBECCA McDOWELL COOK, Secretary Of State**
**1999 ANNUAL REGISTRATION REPORT**
*(Business)*

CHECK #: 603192
AMOUNT: 45.00
YKB

THIS REPORT IS DUE BY: 04/15/99

NOTE: TO CHANGE REGISTERED AGENT OR OFFICE SHOWN DIRECTLY BELOW, REQUEST FORM #59 FROM THE SECRETARY OF STATE.

**1.**
WE SHOW YOUR FISCAL TAX YEAR AS:
BEG. MONTH: 01/01  END MONTH: 12/31
IF YOUR FISCAL TAX YEAR IS DIFFERENT:
BEG. MONTH ___ END MONTH ___

F00206074
TRANS WORLD AIRLINES, INC.
% THE CORPORATION COMPANY
120 SOUTH CENTRAL
CLAYTON       MO  63105

**2.** YOUR LAST ANNUAL REPORT WAS MARKED **YES** regarding whether your corporation is liable for franchise tax. (A corporation is liable for franchise tax if line 6a or 6h on the franchise tax report is more than $200,000.)

If this tax liability has changed for this year, mark "X" in this box. ☐

**RECEIVED**
APR 15 1999
*Rebecca McDowell Cook*
SECRETARY OF STATE

**3.** PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
STREET: 515 N. SIXTH STREET
CITY/STATE: ST. LOUIS, MISSOURI
ZIP: 63101

**4.** NAMES AND BUSINESS OR RESIDENCE ADDRESSES OF OFFICERS: (MUST HAVE A PRESIDENT AND A SECRETARY; WILL ASSUME PRESIDENT IS ALSO SECRETARY, IF SECRETARY IS NOT LISTED.)

PRES: WILLIAM F. COMPTON
STREET/RT: 515 N. SIXTH STREET
CITY/STATE/ZIP: ST. LOUIS, MO 63101

V-PRES: MICHAEL J. PALUMBO
STREET/RT: 515 N. SIXTH STREET
CITY/STATE/ZIP: ST. LOUIS, MO 63101

SEC'Y: PAUL J. M. RUTTERER
STREET/RT: 515 N. SIXTH STREET
CITY/STATE/ZIP: ST. LOUIS, MO 63101

TREAS: CHRISTINE R. DEISTER
STREET/RT: 11500 AMBASSADOR DRIVE
CITY/STATE/ZIP: KANSAS CITY, MO 64153

NAMES AND BUSINESS OR RESIDENCE ADDRESSES OF BOARD OF DIRECTORS: (MUST HAVE ONE DIRECTOR; IF NOT LISTED, WILL ASSUME DIRECTORS ARE THE SAME AS OFFICERS)

NAME: SEE ATTACHED
STREET/RT: ___
CITY/STATE/ZIP: ___

**ATTACH NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS**

**5.** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo 1986.

OFFICER SIGN HERE >>>   *Marsha Palmer Cardone*
Officer signing must be listed in box #4 above or on attached list.

**6.** ATTACHED IS THE REGISTRATION FEE OF:
☑ $45.00 If filed on or before due date
☐ $60.00 If within 30 days after due date
☐ $75.00 If within 60 days after due date
☐ $90.00 If within 90 days after due date
Corporation will be administratively dissolved if report is not filed.

F00206074
98    1211978
AG    0319997
AG    0417998

F00206074

**COMPLETE THE BOXES OR FORM WILL BE RETURNED**
(BOXES 3, 4, AND 5 ARE REQUIRED)
**RETURN AND MAKE CHECK PAYABLE TO SECRETARY OF STATE**
P.O. BOX 1366, JEFFERSON CITY, MO 65102

SOS FORM (FSCORP64) 1999

**Proof of Address**
Page 1 of 1

SECURITIES AND EXCHANGE COMMISSION

Washington, D. C. 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934

Date of earliest event
reported: April 9, 2001

American Airlines, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 1-2691 | 13-1502798 |
|---|---|---|
| (State of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 4333 Amon Carter Blvd.   Fort Worth, Texas | 76155 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(817) 963-1234
(Registrant's telephone number)

Source: AMERICAN AIRLINES INC. 8-K. April 11. 2001

Exhibit __A__
Page __1__ of __4__

Item 5.   Other Events

American Airlines, Inc. ("American", a wholly owned subsidiary of AMR Corporation) is filing herewith a press release issued on April 9, 2001 as Exhibit 99.1 which is included herein. This press release was issued to announce the completion of American's acquisition of Trans World Airways, Inc.

Item 7.   Financial Statements and Exhibits

The following exhibit is included herein:

99.1 Press Release

Exhibit  A
Page  2 of 4

Source: AMERICAN AIRLINES INC, 8-K, April 11, 2001

1

SECURITIES AND EXCHANGE COMMISSION

Washington, D. C. 20549

---

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934

Date of earliest event
reported: January 10, 2001

American Airlines, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 1-2691 | 13-1502798 |
|---|---|---|
| (State of Incorporation) | ( Commission File Number) | (IRS Employer Identification No.) |

| 4333 Amon Carter Blvd.    Fort Worth, Texas | 76155 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(817) 963-1234
(Registrant's telephone number)

Source: AMERICAN AIRLINES INC, 8-K, January 10, 2001

Exhibit A
Page 3 of 4

4
EXHIBIT INDEX

Exhibit        Description
99.1           Press Release

Page> 5

Exhibit 99.1

CONTACT:   Corporate Communications
           Fort Worth, Texas
           817-967-1577

FOR RELEASE: Wednesday, Jan. 10, 2001

AMERICAN AIRLINES ANNOUNCES THREE TRANSACTIONS THAT
DRAMATICALLY INCREASE THE SCOPE OF ITS NETWORK

American To Buy Substantially All the Assets of Trans World
Airlines, Key Strategic Assets From United Airlines/US Airways
And a 49 Percent Stake in DC Air

TWA To Be Integrated Into American With Continued Hub Operation
In St. Louis And Continued Opportunities for TWA Employees

FORT WORTH, Texas - AMR Corporation (NYSE: AMR) and its wholly owned subsidiary, American Airlines Inc., today announced three transactions that dramatically increase the scope, efficiency and desirability of American's domestic network, creating broader customer choice and providing exciting growth and transfer opportunities for American's employees.

o   American announced today that it has agreed to purchase substantially all the assets of Trans World Airlines Inc. (AMEX: TWA) for approximately $500 million in cash and the assumption of aircraft operating leases. TWA will be integrated into American with continued opportunities for its employees and a continued hub operation in St. Louis. As part of the transaction, American will acquire up to 190 aircraft, 175 gates and 173 slots. The combination with TWA will also provide American with an important new hub in St. Louis, improving its position as an east/west carrier. TWA passengers who are AAdvantage members will soon be able to accrue AAdvantage miles on TWA flights. More details regarding additional frequent flyer benefits will be forthcoming. This transaction, which excludes certain TWA contracts, is contingent on bankruptcy court approval.

o   American also announced that it has agreed to acquire certain key strategic US Airways assets, including 14 gates, 36 slots, 66 owned aircraft and an additional 20 leased aircraft, as well as to lease the gates and slots necessary for American to operate half of the northeast Shuttle with United Airlines. Under the terms of the agreement, American has agreed to pay $1.2 billion in cash to United Airlines and assume approximately $300 million in aircraft operating leases. The consummation of this transaction is contingent on the closing of the proposed merger between United Airlines and US Airways.

-more-

Source: AMERICAN AIRLINES INC, 8-K, January 10, 2001

Exhibit A
Page 4 of 4

# DILKS & KNOPIK, LLC

"When Success Matters"

September 10, 2009

United State Bankruptcy Court
Southern District of Iowa
Attn: Bill Freiburger, Fin. Admin.
U.S. Courthouse Annex
110 East Court, Room 300
Des Moines, IA 50309

RE: Application for the Release of Unclaimed Funds

Dear Mr. Freiburger:

I am applying to the US Bankruptcy Court, Southern District of Iowa for the release of the unclaimed monies due and owing to Trans World Airlines Inc. for the amount of $9,369.26. This is from the Bankruptcy of Accessair, Inc. and Case No. 99-04498 CH.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone (425) 836-5728
Fax    (425) 650-9930
Email  admin@dilksknopik.com

www.dilksknopik.com

## Unclaimed Registry Fund Ledgers - U.S. Bankruptcy Court, Southern District of Iowa

| No. | Db Last Name | Db First Name | Co-Db Last Name | Co-Db First Name | Case # | Rec. Date | Rec. # | $ Received | Dis. Date | $ Disbursed | Creditor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10016 | AccessAir, Inc. | | | | 99-04498 | 07/16/2009 | 9309 | $9,369.26 | | | Trans World Airlines Inc. |