**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306–9264
www.iasb.uscourts.gov

In the Matter of:                                                Case No. 99–04498–rjh7
AccessAir, Inc.

Debtor(s)

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Motion for Payment of Unclaimed Funds and Bar Date Notice in the above named case were duly transmitted to Interested Parties. No objection to the Motion for Payment of Unclaimed Funds having been filed.

**IT IS HEREBY ORDERED** that the Motion for Payment of Unclaimed Funds is granted. The Clerk of the U.S. Bankruptcy Court is ordered to pay **Robert Bromley, Director of Credit & Collection**, whose address is **3701 Flamingo Road, Miramar, FL 33027** the amount of **$6819.69**.

                                                                                Judge Lee M. Jackwig
                                                                                United States Bankruptcy Judge

**Entered on Docket**
**11/12/09**

928 – 922