**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306–9264
www.iasb.uscourts.gov

In the Matter of:                                          Case No. 99–04498–rjh7
AccessAir, Inc.

Debtor(s)

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

    The Motion for Payment of Unclaimed Funds and Bar Date Notice in the above named case were duly transmitted to Interested Parties. No objection to the Motion for Payment of Unclaimed Funds having been filed.

    **IT IS HEREBY ORDERED** that the Motion for Payment of Unclaimed Funds is granted. The Clerk of the U.S. Bankruptcy Court is ordered to pay **Nancy C. McMillan, Finder, APL., Inc.**, whose address is **3855 S. Boulevard, Suite 200, Edmond, OK 73013** the amount of **$4150.14**.

    Judge Lee M. Jackwig
    United States Bankruptcy Judge

**Entered on Docket**
**11/12/09**

929 – 919