**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306–9264
www.iasb.uscourts.gov

In the Matter of:                                                                Case No. 99–04498–rjh7

AccessAir, Inc.

Debtor(s)

### AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Motion for Payment of Unclaimed Funds and Bar Date Notice in the above named case were duly transmitted to Interested Parties. No objection to the Motion for Payment of Unclaimed Funds having been filed.

**IT IS HEREBY ORDERED** that the Motion for Payment of Unclaimed Funds is granted. The Clerk of the U.S. Bankruptcy Court is ordered to pay **Kellstrom Commercial Aerospace, Inc.**, whose address is **3701 Flamingo Road, Miramar, FL 33027** the amount of **$6819.69**.

Reason for the Amended Order: **Correct the name of the Payee.**

                                                                                Judge Lee M. Jackwig
                                                                                United States Bankruptcy Judge

**Entered on Docket**
**11/13/09**

930 – 922, 928