**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306–9264
www.iasb.uscourts.gov

In the Matter of:                                              Case No. 99–04498–rjh7

AccessAir, Inc.

Debtor(s)

### AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Motion for Payment of Unclaimed Funds and Bar Date Notice in the above named case were duly transmitted to Interested Parties. No objection to the Motion for Payment of Unclaimed Funds having been filed.

**IT IS HEREBY ORDERED** that the Motion for Payment of Unclaimed Funds is granted. The Clerk of the U.S. Bankruptcy Court is ordered to pay **United Wireless Holdings LLC successor to SkyTel Communications**, whose address is **c/o Nancy McMillan, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013** the amount of **$4150.14**.

Reason for the Amended Order: **Correct the name of the Payee.**

Judge Lee M. Jackwig
United States Bankruptcy Judge

```
Entered on Docket
    11/13/09
```

931 – 919, 929